IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Yoel Baez Hernandez,<br><br>    Petitioner,<br><br>v.<br><br>United States Department of Homeland Security, et al.,<br><br>    Respondents. | No. CV-26-00889-PHX-KML (MTM)<br><br>**ORDER** |

  Petitioner challenged his immigration detention under *Zadvydas v. Davis*, 533 U.S. 678 (2001). The court ordered respondents to show cause why the petition should not be granted. (Doc. 6.) On February 17, 2026, respondents filed a response indicating petitioner was removed from the United States. (Doc. 9.) Because petitioner is no longer in custody, the petition is moot. *Abdala v. INS*, 488 F.3d 1061, 1064 (9th Cir. 2007) ("We hold that because Abdala's habeas claims challenged only the length of his detention . . . his grievance could no longer be remedied once he was deported. His petition was thus rendered moot by his removal.") The court will therefore dismiss this action as moot.

  **IT IS THEREFORE ORDERED** petitioner's petition under 28 U.S.C. § 2241 (Doc. 1) and this case are dismissed as moot.

///

///

///

///

**IT IS FURTHER ORDERED** all pending motions are denied and the clerk of court must enter judgment accordingly and close this case.

Dated this 20th day of February, 2026.

*[Signature]*
Honorable Krissa M. Lanham
United States District Judge